JPL
F.#2012R01716

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

- against -

SAMUEL MEBIAME,

    Defendant.

------------------------------X

UNSEALING ORDER

16-M-752

    Upon consideration of the motion filed by the United States of America by Assistant United States Attorney James P. Loonam, for an Order to unseal the complaint and arrest warrant in the above-captioned matter,

    IT IS HEREBY ORDERED that the complaint and arrest warrant be unsealed.

S/Tiscione

ATE JUDGE
W YORK

Dated: August 16, 2016
      Brooklyn, New York