# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __16 - 752m__
2) Defendant's Name: __Mebiame__ __Samvel__ _____
   (Last)           (First)           (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: __✓__Yes ___No  Date/Time: __8/16/16__
10) Detention Hearing Held: ____ Bail set at: _____ ROR Entered: ____ POD Entered: __✓__
11) Temporary Order of Detention Entered: ____ Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: _____; or waived: __✓__
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: __James Loonam__
14) DEFENSE COUNSEL'S NAME: __Benjamin Tymann__ — to make motion for pro hac vice after proceeding
    Address: _____
    Bar Code: _____ CJA: ____ FDNY: ____ RET: __✓__
    Telephone Number: (__) _____
15) LOG #: __3:46 - 3:49__   MAG. JUDGE: __Tiscione__

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety(ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety(ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE