## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE    CHERYL POLLAK            DATE :    9/1/2016**

**DOCKET NUMBER:    16-752M            LOG # :   11:42 – 11:45**

DEFENDANT'S NAME :            **SAMUEL MEBIAME**
          _X_ Present     ___ Not Present     _X_ Custody     ___ Bail

DEFENSE COUNSEL:        **Larry Howard Krantz**
          ___ Federal Defender    _X_ CJA        ___ Retained

A.U.S.A:   **JAMES LOONAM**      DEPUTY CLERK :   **M. SICA**

INTERPRETER :                              (Language)

_OED_____ Hearing held. _____ Hearing adjourned to_____

____ Defendant was released on_____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

_✓_ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_✓_ Order of Excludable Delay entered.   Code Type _XT_   Start _9/15/16_ Stop _10/15_

____ Order of Speedy Trial entered.   Code Type_____   Start_____ Stop _____

____ Defendant's first appearance.   ____ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

OTHERS : _____