# MINUTE ENTRY FOR CRIMINAL PROCEEDING

**BEFORE MAG. JUDGE**    **ROBERT LEVY**        **DATE:**    **10/11/2016**

DOCKET NUMBER: **16-MJ-752**        LOG #: 2:49 - 2:51

DEFENDANT'S NAME: **SAMUEL MEBIAME**
    _X_ Present    ___ Not Present    _X_ Custody    ___ Bail

DEFENSE COUNSEL: **LARRY KRANTZ**
    ___ Federal Defender    ___ CJA    _X_ Retained

A.U.S.A: **JAMES LOONAM**        DEPUTY CLERK: **M. SICA**

INTERPRETER: _____ (Language) _____

___ Defendant arraigned on the indictment.

___ Defendant pleads **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ DETENTION HEARING Held.    ___ Defendant's first appearance.
- ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
- ___ Defendant advised of bond conditions set by the Court and signed the bond.
- ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
- ___ (Additional) surety/ies to co-sign bond by _____
- ___ After hearing, Court orders detention/removal in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

_X_ Order of Excludable Delay/Speedy Trial entered. Start 10/15/16 Stop 11/15/16

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____