## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE    PEGGY KUO             DATE:   11/03/2016

DOCKET NUMBER:   16-752M            FTR #:  11:17 - 11:18

DEFENDANT'S NAME:    SAMUEL MEBIAME
  _X_ Present    ___ Not Present    _X_ Custody    ___ Bail

DEFENSE COUNSEL:    LARRY KRANTZ
  ___ Federal Defender   _X_ CJA    ___ Retained

A.U.S.A:   JAMES LOONAM          CLERK:   M. SICA

INTERPRETER:                          (Language)

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

  ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_X_ Order of Excludable Delay/Speedy Trial entered. Start 11/15/16  Stop 12/15/16

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____